[No. 23201-8-III.   Division Three.   September 27, 2005.]

TED MORRIS, *Individually and as Personal Representative, Appellant*, v. VAAGEN BROS. LUMBER, INC., ET AL., *Defendants*, GLOBAL INTERNATIONAL PTE, LTD., *Respondent*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 98-2-00238-3, Allen Nielson, J., entered June 23, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Sweeney, J. Now published at 130 Wn. App. 243.

[No. 53560-9-I.   Division One.   October 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD SAINTCALLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05941-2, Richard McDermott, J., entered December 24, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 54168-4-I.   Division One.   October 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY RONALD BOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01293-3, Ellen J. Fair, J., entered March 17, 2004. *Affirmed* by unpublished per curiam opinion.